LAW OFFICES OF BILL LATOUR
Bill LaTour [C.S.B.N. 169758]
11332 Mountain View Ave., Suite C
Loma Linda, California, 92354
    Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JERRY HOLMES, | No. EDCV 09-8425 E |
| Plaintiff, | [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS ORDERED that the above-captioned proceeding is dismissed with prejudice; each side to bear her own attorney fees, costs, and expenses, including but not limited to attorney fees under the Equal Access to Justice Act.

Date: 4/12/10

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE